IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 4:90cr4026-SPM

RICKY MONTGOMERY,

     Defendant.
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Defendant Ricky Montgomery's Letter Brief of Clarification (doc. 14), which the clerk has treated as a motion for reconsideration.

As previously explained to Defendant, he not entitled to a reduction of his revocation sentence for time served on other charges. USSG §7B1.3(e) and (f), p.s. This Court will not issue an order reducing Defendant's sentence.

In contrast to a sentence reduction, credit for time served under Title 18, United States Code, Section 3585(b) is a matter for the Bureau of Prisons to determine. To the extent Defendant believes he has not received appropriate credit for time served, Defendant must first exhaust prison administrative remedies before seeking relief from the Court. United States v. Williams, 425

F.3d 987, 990 (11th Cir. 2005).  It is thereupon

 ORDERED AND ADJUDGED that the motion for reconsideration (doc. 14) is denied.

 DONE AND ORDERED this 26th day of February, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge